No. 87–6983.  MUNOZ *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari.